**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ADELINE OLMER SANTIAGO,<br><br>                         Debtor. | Chapter 11<br><br>Case No. 21–22519 (RDD) |

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK            ss.:

COUNTY OF NEW YORK

        **Carrie Manganiello**, being duly sworn, deposes and states:

        1.       I am over 18 years of age, reside in Tuckahoe, New York and am not a party to this proceeding.

        2.       On February 2, 2022, I served a copy of the Loss Mitigation Order [Doc. No. 20] upon:

> Friedman Vartolo, LLP
> *Attorneys for SN Sevicing Corp., as servicer for*
>   *US Bank Trust Nat'l. Association*
> 1325 Franklin Avenue, Suite 160
> Garden City, NY 11530
> Attn: Jonathan Schwalb, Esq.

by regular first-class mail, by depositing a true copy of same in a pre-paid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the state of New York.

*[signature page follows]*

Dated: New York, New York
February 2, 2022

/s/ Carrie Manganiello
Carrie Manganiello

Sworn to before me this 2nd day of February, 2022.

**PARIS GYPARAKIS**
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02GY6425603
QUALIFIED IN NEW YORK COUNTY
MY COMMISSION EXPIRES NOV 22, 2025